### SALMON ag[t] EDWARDS

Robert Salmon plaint. ag[t] David Edwards M[r] of the Ship Supply Defend[t] in an action of the case for non payment of wages due for Seven monthes & twenty two dayes at three pounds Five Shillings in mony per month for his Service done in the s[d] Ship from Barbados to Jamaica the bay of Campechia & from thence to this place & other due damages according to Attachm[t] Dat. July. 16th 1675. . . . The Jury . . . founde for the plaint. Fourteen pound ten Shillings & ten pence mony & costs of Court £01:01:04. Robert Salmon

personally appeared in the office Aug⁰ 3ᵈ 1675. & acknowledged that hee had received full Satisfaction of mʳ David Edwards for the aboue written judgement.